UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
NICHOLAS ALLEN OWENBY                          CASE NO. 20-10501
TABITHA LYNN OWENBY                            JUDGE BENJAMIN A. KAHN
5513 CONELSON ROAD
DENTON, NC  27239

      DEBTORS

SSN(1) XXX-XX-7955    SSN(2) XXX-XX-7755        DATE: 04/09/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $187.21<br>INT: .00%<br>NAME ID: 43468<br>CLAIM #: 0017 | (X) SPECIAL-UNSECURED<br><br>ACCT: 1460<br>COMMENT: CLASS C |
| BANK OZK<br>6000 STATE RD 70 E<br>BRADENTON, FL  34203 | MONTHLY PMT $238.60<br>INT: .00%<br>NAME ID: 182773<br>CLAIM #: 0006 | (Y) VEHICLE-ONGOING<br><br>ACCT: 5740<br>COMMENT: 18CAMPER,CTD EFF SEPT20,720A |
| BANK OZK<br>6000 STATE RD 70 E<br>BRADENTON, FL  34203 | $1,908.80<br>INT: .00%<br>NAME ID: 182773<br>CLAIM #: 0007 | (R) ARREARAGE-SECURED<br><br>ACCT: 5740<br>COMMENT: 18CAMPER,ARR THRU AUG20,720A |
| BANK OZK<br>6000 STATE RD 70 E<br>BRADENTON, FL  34203 | $0.00<br>INT: .00%<br>NAME ID: 182773<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5740<br>COMMENT: |
| FIRST TECH FEDERAL CREDIT UNION<br>ATTN SAM BANKRUPTCY<br>P O BOX 2100<br>BEAVERTON, OR  97075-2100 | $22,167.40<br>INT: .00%<br>NAME ID: 179055<br>CLAIM #: 0009 | (X) SPECIAL-UNSECURED<br><br>ACCT: 4897<br>COMMENT: CLASS A/B/C,321OR |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0001 | (P) PRIORITY<br>AMENDED<br>ACCT: 7955<br>COMMENT: OC,820A |
| LGFCU<br>P O BOX 2448<br>ASHEBORO, NC  27204 | $0.00<br>INT: .00%<br>NAME ID: 115829<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4994<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| LOCAL GOVERNMENT FED CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $1,004.45<br>INT: .00%<br>NAME ID: 127776<br>CLAIM #: 0011 | | (X) SPECIAL-UNSECURED<br><br>ACCT: 3093<br>COMMENT: CLASS B,32IOR |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $267.50<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0014 | | (X) SPECIAL-UNSECURED<br><br>ACCT: 8371<br>COMMENT: CLASS C,32IOR |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 7955<br>COMMENT: |
| NASA FEDERAL CREDIT UNION<br>P O BOX 1588<br>BOWIE, MD  20717 | $34,118.75<br>INT: 5.25%<br>NAME ID: 169588<br>CLAIM #: 0004 | | (V) VEHICLE-SECURED<br><br>ACCT: 1221<br>COMMENT: 15CHEV |
| NELNET<br>ATTN CLAIMS<br>P O BOX 82505<br>LINCOLN, NE  68501-2505 | $0.00<br>INT: .00%<br>NAME ID: 175737<br>CLAIM #: 0012 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT: .00%<br>NAME ID: 1541<br>CLAIM #: 0015 | | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $0.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TRULIANT FEDERAL CREDIT UNION<br>ATTN MANAGING AGENT OF OFFICER<br>3200 TRULIANT WAY<br>WINSTON SALEM, NC  27103 | $11,093.00<br>INT: 5.25%<br>NAME ID: 174620<br>CLAIM #: 0005 | | (V) VEHICLE-SECURED<br><br>ACCT: 2378<br>COMMENT: 14DODG,820A |
| TRULIANT FEDERAL CREDIT UNION<br>ATTN MANAGING AGENT OF OFFICER<br>3200 TRULIANT WAY<br>WINSTON SALEM, NC  27103 | $7,154.15<br>INT: .00%<br>NAME ID: 174620<br>CLAIM #: 0008 | | (X) SPECIAL-UNSECURED<br><br>ACCT: 2378<br>COMMENT: SPLIT,CLASS A/B/C,32IOR,820A |
| VERIZON<br>BY AMERICAN INFOSOURCE<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $359.63<br>INT: .00%<br>NAME ID: 176218<br>CLAIM #: 0016 | | (X) SPECIAL-UNSECURED<br><br>ACCT: 0001<br>COMMENT: CLASS A/B/C,32IOR |
| **TOTAL:** | **$78,551.49** | | |
| JULIE H MORRISON ESQ<br>IVEY & EGGLESTON<br>111 WORTH ST<br>ASHEBORO, NC  27203 | $3,600.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  04/09/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtors
Attorney for Debtors - Electronic Notice